In the Matter of JOHN A. LAVENDER, II, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF BOLTON et al., Respondents.

Decided November 17, 2016

Appeal, insofar as taken from that part of the Appellate Division order affirming the June 2013 Supreme Court judgment, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remaining portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

RHONDA LEWIS et al., Appellants, v ROBERT JUTKOWITZ et al., Defendants, and WILLIAM GAEL et al., Respondents.

Submitted July 25, 2016; decided November 17, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Paglia v Agrawal*, 69 NY2d 946 [1987]).

SHELLEY MIZRAHI-SROUR, Respondent, v ALBERT SROUR, Appellant.

Submitted June 6, 2016; decided November 17, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.